UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 07 B 15841
  ANTHONY THOMPSON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK
        Debtor
  SSN XXX-XX-8408
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

  Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

  1.  The case was filed on 08/30/07 .

  2.  The case was dismissed without confirmation, 11/30/2007.

  3.  The Debtor paid a total of $   1172.28 .

  4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| ASSET MANAGEMENT OUTSOUR | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SUPERIOR MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET FURNITURE MART | UNSECURED | NOT FILED | .00 | .00 |

          Summary of disbursements:
---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC    , was allowed $   1000.00
and was paid $    830.39 .

The Trustee received $    51.13 .

Refunds to the Debtor totaled $    290.76 .

  Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 03/11/08                             /s/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

                            PAGE   2
        CASE NO. 07 B 15841 ANTHONY THOMPSON